NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROOSEVELT ANTHONY,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3018

---

Petition for review of the Merit Systems Protection Board in case no. AT844E120345-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for extensions of time, until January 25, 2013, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

ROOSEVELT ANTHONY V. OPM                                                    2

The motions are granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21